**Order entered October 8, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00533-CR

### RAMIRO PAYAN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F09-72851-Y**

## ORDER

The Court **REINSTATES** the appeal.

On July 29, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On September 17, 2013 court reporter Kelly Bryant filed a request seeking an extension of time to file the record, but did not tender the record at that time. On October 3, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the July 29, 2013 order requiring findings.

We **GRANT** the September 17, 2013 extension request. The reporter's record is considered properly filed.

Appellant's brief is due within thirty days of the date of this order.

/s/      DAVID EVANS
JUSTICE